# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of

Mark Gosman, Plaintiff,
v.
Grayhound Lines, Inc., Defendant.

Case Number: **05 C 4729**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Greyhound Lines, Inc.

**FILED**
AUG 2 5 2005
AUG 25 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Beth T. Golub | NAME Alissa L. Gilfand |
| FIRM Seyfarth Shaw LLP | FIRM Seyfarth Shaw LLP |
| STREET ADDRESS 55 East Monroe, Suite 4200 | STREET ADDRESS 55 East Monroe, Suite 4200 |
| CITY/STATE/ZIP Chicago, IL 60603 | CITY/STATE/ZIP Chicago, IL 60603 |
| TELEPHONE NUMBER (312) 269-8503 — FAX NUMBER (312) 269-8869 | TELEPHONE NUMBER (312) 269-8515 — FAX NUMBER (312) 269-8869 |
| E-MAIL ADDRESS bgolub@seyfarth.com | E-MAIL ADDRESS agilfand@seyfarth.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6239436 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6272618 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER — FAX NUMBER | TELEPHONE NUMBER — FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 25th day of August, 2005, she caused a true and correct copy of the foregoing APPEARANCE to be served via U.S. Mail, upon the following counsel of record:

Paul Ryan
The Law Offices of Eugene K. Hollander
33 N. Dearborn St., Ste. 2300
Chicago, Illinois 60602

Alissa L. Gilfand

CH1 10946285.1